NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE JASON ARTHUR TAYLOR, REBECCA ANN ZELTINGER, AND JOHN G. COSBY, JR.,
*Appellants.*

---

2012-1006
(Serial No. 11/429,507)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## O R D E R

The Director of the United States Patent and Trademark Office moves for an extension of time, until March 9, 2012, to file his response brief. The appellants oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

<u>FEB 1 0 2012</u>
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Jason Arthur Taylor
John G. Cosby, Jr.
Rebecca Ann Zeltinger
Raymond T. Chen, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 0 2012

JAN HORBALY
CLERK